IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**CHRISTOPHER WARREN MACK,**

 Petitioner,

v.

**BRIGITTE L. AMSBERRY,** Superintendent,
Two Rivers Correctional Institution,

 Respondent.

No. 2:16-cv-02135-JE

OPINION AND ORDER

**MOSMAN, J.,**

On October 2, 2018, Magistrate Judge John Jelderks issued his Findings and Recommendation (F&R) [70], recommending that Petitioner's Petition for Writ of Habeas Corpus [2] should be DENIED. Judge Jelderks further recommended that the Court should enter a judgment dismissing this case with prejudice and that the court should decline to issue a Certificate of Appealability. Petitioner filed Objections [72]. Respondent did not reply to Petitioner's objections.

**DISCUSSION**

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge,

1 – OPINION AND ORDER

but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Jelderks's recommendation and I ADOPT the F&R [70] as my own opinion. Petitioner's Petition for Writ of Habeas Corpus [2] is DENIED. I agree with Judge Jelderks that petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2), and thus I DECLINE to issue a Certificate of Appealability.

IT IS SO ORDERED.

DATED this ___ day of January, 2019.

MICHAEL W. MOSMAN
Chief United States District Judge